**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document 1 attachment | Attachment | 1 | **DOCUMENT COULD NOT BE RETRIEVED!** **However, it may still be viewable individually.** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:21-CV- 018 |
| | § | |
| 1.821 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND GENOVEVA | § | |
| CARLOS VALLEJO, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Alexander N. DerGarabedian*
        **Alexander N. DerGarabedian**
        Assistant United States Attorney
        Southern District of Texas No. 3381593
        New York Bar No. 5103577
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone:  956-992-9380
        Facsimile: (956) 618-8016
        E-mail: alexander.dergarabedian@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acres:  1.821

**Being** a 1.821 acre (79,339 square feet) parcel of land, more or less, being out of the Juana
Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo,
Mexico, now Starr County, Texas, being out of Share 15-A as described in the Final Decree
of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being
out of a called 5.288 acre tract conveyed to Genoveva Carlos Vallejo by General Warranty
Deed recorded in Volume 1360, Page 400, Official Records of Starr County, Texas (Tract
2, Share 15-A), being out of a called 5.287 acre tract conveyed to Genoveva Carlos Vallejo
by General Warranty Deed recorded in Volume 1360, Page 394, Official Records of Starr
County, Texas (Tract 3, Share 15-A), and being out of a called 15.862 acre tract conveyed
to Genoveva Carlos Vallejo by General Warranty Deed recorded in Volume 1360, Page
388, Official Records of Starr County, Texas (Tract 4, Share 15-A), said parcel of land
being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" rebar at the northeast corner of a called 31.85 acre tract
conveyed to Baldemar Perez, Everardo N. Perez, Maria Paula P. Alvarez, Jose A. Perez,
Pedro Perez, Jr., Carmen P. Morin, Ramiro Perez, Irma P. Alvarez, Hilda P. Ben and
Roberto Perez by Affidavit to the Public recorded in Volume 769, Page 24, Official
Records of Starr County, Texas, an easterly interior corner of Share 14, a westerly exterior
corner of Share 15-A, the northwest corner of a called 5.287 acre tract conveyed to Maria
E. Gonzalez Munoz by Warranty Deed recorded in Volume 1144, Page 15, Official
Records of Starr County, Texas (Tract 1, Share 15-A), and a southerly corner of a called
9.07 acre tract conveyed to Gerardo Garza Lopez by General Warranty Deed recorded in
Volume 1311, Page 249, Official Records of Starr County, Texas, said point having the
coordinates of N=16664416.963, E=851299.423, said point bears S 75°43'53" E, a distance
of 5040.09' from United States Army Corps of Engineers Control Point No. SS10-2019;

**Thence:** S 81°28'34" E (S 81°53'00" E, Record), with the north line of the 5.287 acre Maria
E. Gonzalez Munoz tract and the south line of the 9.07 acre tract, for a distance of 78.91'
to a point for the northeast corner of the 5.287 acre Maria E. Gonzalez Munoz tract and the
northwest corner of the 5.288 acre tract, said point being in the south line of the 9.07 acre
tract;

**Thence:** S 08°31'26" W (N 08°07'00" E, Record), departing the south line of the 9.07 acre
tract, with the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E.

## SCHEDULE C (cont.)

Gonzalez Munoz tract, for a distance of 614.38' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:"RGV-RGC-5078-2=5079-1" for the **Point of Beginning** and northwest corner of Tract RGVRGC- 5079, said point being in the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, said point having the coordinates of N=16663797.671, E=851286.397;

**Thence:** S 70°08'04" E, departing the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, over and across the 5.288 acre tract, the 5.287 acre Genoveva Carlos Vallejo tract, and the 15.862 acre tract, passing at 80.06' the east line of the 5.288 acre tract and the west line of the 5.287 acre Genoveva Carlos Vallejo tract, passing at 160.13' the east line of the 5.287 acre Genoveva Carlos Vallejo tract and the west line of the 15.862 acre tract, continuing for a total distance of 397.88' to a calculated point for the northeast corner of Tract RGV-RGC-5079, said point being in the east line of the 15.862 acre tract and the west line of a called 6.0 acre tract conveyed to Canuto Perez,Beatriz Perez Garcia, Daniel Perez, Antonio Perez and Maria Perez Guerrero by Partition-Cause No. 3086 recorded in Volume 293, Page 347, Deed Records of Starr County, Texas (Tract 6, Share15-A), and being the same tract of land acquired by Azeneth Alvarez Alanis through inheritance as described in Affidavit of Facts Concerning Identity of Heirs recorded in Volume 1440, Page 126 and Volume 1440, Page 128, Official Records of Starr County, Texas;

**Thence:** S 09°05'54" W (S 08°07'00" W, Record), with the east line of the 15.862 acre tract and the west line of the 6.0 acre tract, for a distance of 203.45' to a calculated point for the southeast corner of Tract RGV-RGC-5079, said point being in the east line of the 15.862 acre tract and the west line of the 6.0 acre tract;

**Thence:** N 70°09'06" W, departing the west line of the 6.0 acre tract, over and across the 15.862acre tract, the 5.287 acre Genoveva Carlos Vallejo tract, and the 5.288 acre tract, passing at 235.66' the west line of the 15.862 acre tract and the east line of the 5.287 acre Genoveva Carlos Vallejo tract, passing at 315.72' the west line of the 5.287 acre Genoveva Carlos Vallejo tract and the east line of the 5.288 acre tract, continuing for a total distance of 395.78' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5078-3=5079-4" for the southwest corner of Tract RGV-RGC-5079, said point being in the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract;

**Thence:** N 08°31'26" E (N 08°07'00" E, Record), with the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, for a distance of 203.97' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D
LAND TO BE CONDEMNED
MAP or PLAT



## SCHEDULE D (cont.)



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 75'43'53" E | 5040.09' | N/A | N/A |
| L2 | S 81'26'34" E | 78.91' | S 81'53'00" E | N/A |
| L3 | S 08'31'26" W | 614.38' | N 08'07'00" E | N/A |
| L4 | S 70'08'04" E | 397.88' | N/A | N/A |
| L5 | S 09'05'54" W | 203.45' | S 08'07'00" W | N/A |
| L6 | N 70'09'06" W | 395.78' | N/A | N/A |
| L7 | N 08'31'26" E | 203.97' | N 08'07'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16663797.671 | 851286.397 | RGV-RGC-5078-2=5079-1 |
| 2 | 16663662.465 | 851660.604 | RGV-RGC-5079-2=5092-4 |
| 3 | 16663461.576 | 851628.433 | RGV-RGC-5079-3=5092-3 |
| 4 | 16663595.955 | 851256.164 | RGV-RGC-5078-3=5079-4 |
| 5 | 16664416.963 | 851299.423 | POC RGV-RGC-5071 5078 5079 |

**LEGEND**

- ● 5/8" REBAR W/ "MDS" CAP FOUND
- ⊙ FOUND MONUMENT
- ○ CALCULATED POINT
- △ CONTROL POINT
- DRSC DEED RECORDS OF STARR COUNTY
- IPF IRON PIPE FOUND
- IRF IRON ROD FOUND
- ORSC OFFICIAL RECORDS OF STARR COUNTY
- PG PAGE
- POB POINT OF BEGINNING
- POC POINT OF COMMENCING
- SF STONE FOUND
- VOL VOLUME

ACQUISITION BOUNDARY
ADJOINING ACQUISITION BOUNDARY
BRUSH/VEGETATION
P L PROPERTY LINE
x WIRE FENCE
(#) SEE SHEET 5

**NOTES:**

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE BEARINGS AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TxDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO BAF ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 · KERRVILLE, TX 78028 · 830-816-1818

**METES & BOUNDS SURVEY**
**GENOVEVA CARLOS VALLEJO**
**TRACT No. RGV-RGC-5079**
**STARR COUNTY                          TEXAS**

SHEET 4 OF 7
Drawing Ref. No. 7



ENGINEERING, INC.
US Army Corps of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-5079     DATE: 7/29/2020

---

## SCHEDULE D (cont.)

**(1a)** GENOVEVA CARLOS VALLEJO / CALLED 5.288 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 400 ORSC / (TRACT 2, SHARE 15-A) / REMAINING AREA: 1.121 ACRES

**(1b)** GENOVEVA CARLOS VALLEJO / CALLED 5.882 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 400 ORSC / (TRACT 2, SHARE 15-A) / REMAINING AREA: 3.802 ACRES

**(1c)** GENOVEVA CARLOS VALLEJO / CALLED 5.287 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 394 ORSC / (TRACT 3, SHARE 15-A) / REMAINING AREA: 1.150 ACRES

**(1d)** GENOVEVA CARLOS VALLEJO / CALLED 5.287 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 394 ORSC / (TRACT 3, SHARE 15-A) / REMAINING AREA: 3.776 ACRES

**(1e)** GENOVEVA CARLOS VALLEJO / CALLED 15.862 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 388 ORSC / (TRACT 4, SHARE 15-A) / REMAINING AREA: 3.456 ACRES

**(1f)** GENOVEVA CARLOS VALLEJO / CALLED 15.862 ACRES / GENERAL WARRANTY DEED / VOL. 1360, PG. 388 ORSC / (TRACT 4, SHARE 15-A) / REMAINING AREA: 10.482 ACRES

**(2)** CALLED 13.727 ACRES / FINAL DECREE OF PARTITION / VOL. 88, PG. 470 ORSC / (SHARE 16-A) / LIBRADA PEREZ MUNIZ, ET AL / AFFIDAVIT OF HEIRSHIP / VOL. 789, PG. 150 ORSC / JESUS BARRERA, ET AL / AFFIDAVIT OF HEIRSHIP / VOL. 924, PG. 83 ORSC / MARCOS MUNIZ, JR., ET AL / AFFIDAVIT OF HEIRSHIP / VOL. 1082, PG. 793 ORSC / JOSE LUIS PEREZ, ET AL / APPLICATION FOR LETTERS OF ADMINISTRATION / (CAUSE No. PR-96-11) / ROGELIO PEREZ / DEED OF GIFT / VOL. 1142, PG. 629 ORSC / DAVY TREVINO / GENERAL WARRANTY GIFT DEED / VOL. 1169, PG. 322 ORSC / ERNESTO BARRON, ET AL / DEED OF GIFT / VOL. 1182, PG. 162 ORSC / LIBRADO PEREZ / DEED OF GIFT / VOL. 1182, PG. 164 ORSC / MERLINDA P. HINOJOSA / DEED OF GIFT / VOL. 1182, PG. 166 ORSC / ISMAEL CASAS, JR. / CORRECTION DEED OF GIFT / VOL. 1231, PG. 333 ORSC

**(3)** RAFAEL CASTRO JIMENEZ / CALLED 11.35 ACRES / GENERAL WARRANTY DEED / VOL. 1431, PG. 283 ORSC

**(4)** PABLO MORENO, JR. / CALLED 11.381 ACRES / CASH DEED / VOL. 752, PG. 633 ORSC / (TRACT 2)

**(5)** PABLO MORENO, JR. / CALLED 11.381 ACRES / CASH DEED / VOL. 752, PG. 633 ORSC / (TRACT 3)

**(6)** ALMA GLORIA ROSA GARCIA, ET AL / REMAINDER OF CALLED 22.744 ACRES / WARRANTY DEED / VOL. 579, PG. 373 ORSC / (SHARE 18) / ANA R. ROSA, ET AL / AFFIDAVIT OF HEIRSHIP / VOL. 1415, PG. 619 ORSC

**(7)** CHRISTIAN ELI CHAPA / CALLED 5.0 ACRES / DEED OF GIFT / VOL. 1498, PG. 268 ORSC

**(8)** MARIA Y. HERNANDEZ & ALFREDO VILLARREAL / CALLED 20.46 ACRES / WARRANTY DEED W/ VENDOR'S LIEN / VOL. 1364, PG. 94 ORSC

**(9)** FIDENCIO M. GUERRA, JR., ET AL / CALLED 9 ACRES / ABSTRACT OF JUDGEMENT / VOL. 1415, PG. 567 ORSC / (THIRD TRACT; SHARE 35-A) / ROBERTO MIGUEL GUERRA, ET AL. / VOL. 1478, PG. 308 ORSC / (CAUSE No. 2013-PC-2240)

**(10)** OWNER UNKNOWN / (NO DEED OF RECORD FOUND)

**(11)** MARIA TERESA FLORES / CALLED 5.47 ACRES / WARRANTY DEED / VOL. 497, PG. 34 ORSC / (SECOND TRACT)

**(12)** JOSE ARNOLDO PEREZ, JR. / CALLED 1.0 ACRE / GENERAL WARRANTY DEED / VOL. 659, PG. 519 ORSC

**(13)** GERARDO GARZA LOPEZ / CALLED 9.07 ACRES / GENERAL WARRANTY DEED / VOL. 1311, PG. 249 ORSC

**(14)** MARIA E. GONZALEZ MUNOZ / CALLED 5.287 ACRES / WARRANTY DEED / VOL. 1144, PG. 15 ORSC / (TRACT 1, SHARE 15-A)

**(15)** BALDEMAR PEREZ, EVERARDO N. PEREZ, MARIA PAULA P. ALVAREZ, JOSE A. PEREZ, PEDRO PEREZ, JR., CARMEN P. MORIN, RAMIRO PEREZ, IRMA P. ALVAREZ, HILDA P. BEN & ROBERTO PEREZ / CALLED 31.85 ACRES / AFFIDAVIT TO THE PUBLIC / VOL. 769, PG. 24 ORSC

**(16)** BESTY ANN GARZA / CALLED 1.15 ACRES / WARRANTY DEED / VOL. 1151, PG. 187 ORSC / (PROPERTY No. 1)

**(17)** OWNER UNKNOWN / (NO DEED OF RECORD FOUND)

**(18)** JOSE MARIA REYES, JR. / CALLED 3.41 ACRES / QUITCLAIM / VOL. 1269, PG. 518 ORSC

**(19)** BLANCA E. ROSA LEAL, ET VIR / CALLED 0.500 ACRES / WARRANTY DEED / VOL. 1415, PG. 609 ORSC

**(20)** OWNER UNKNOWN / (NO DEED OF RECORD FOUND)

**(21)** MARIA TERESA FLORES / CALLED 16.41 ACRES / WARRANTY DEED / VOL. 497, PG. 34 ORSC / (THIRD TRACT)

**(22)** CANUTO PEREZ, ET AL / REMAINDER OF CALLED 6.0 ACRES / PARTITION-CAUSE NO. 3086 / VOL. 293, PG. 347 ORSC / (TRACT 6, SHARE 15-A) / AZENETH ALVAREZ ALANIS / AFFIDAVIT OF FACTS CONCERNING IDENTITY OF HEIRS / VOL. 1440, PG. 126 ORSC / VOL. 1440, PG. 128 ORSC



LAND SURVEYING COMPANY, INC. / ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC / TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500 / 874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

**METES & BOUNDS SURVEY / GENOVEVA CARLOS VALLEJO / TRACT No. RGV-RGC-5079 / STARR COUNTY TEXAS**



Drawing Ref. No. | SHEET 5 OF 7 | US Army Corps of Engineers

## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



Tract:  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acreage:  1.821

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract(s):  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acres:  1.821

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of property identified in conveyances recorded with Official Records of Starr County, Texas, volume 88 and page 470, volume 1360 and page 400, volume 1360 and page 394, and volume 1360 and page 388, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the western most mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (cont.)**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TEN THOUSAND SIX HUNDRED SEVENTY FIVE DOLLARS AND NO/100 ($10,675.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **The Unknown Heirs and/or Devisees of Genoveva Carlos Vallejo** Address Unknown | **RGV-RGC-5079** **Deed** Volume 1360, Page 400 Deed Records of Starr County, Texas Recorded October 9, 2012 **General Warranty Deed** Volume 1360, Page 394 Deed Records of Starr County, Texas Recorded October 9, 2012 **Deed** Volume 1360, Page 388 Deed Records of Starr County, Texas Recorded October 9, 21012 |
| **The Unknown Heirs and/or Devisees of Cornelio Alvarez** Address unknown | **Partition** Volume 88, Page 470 Deed Records of Starr County, Texas Recorded on April 7, 1946 |
| **The Unknown Heirs and/or Devisees of Anita Perez de Alvarez** Address Unknown | **Partition** Volume 88, Page 470 Deed Records of Starr County, Texas Recorded on April 7, 1946 |
| **Guadalupe Montemayor** Roma, Texas  78584 | **None** Ms. Montemayor lives in Genoveva Vallejo's home and claims to be her daughter. She claims that Genoveva is alive but there is an obituary online for Genoveva. |
| **Juan Eloy Montemayor** Roma, Texas 78584 | **None** Mr. Montemayor lives in Genoveva Vallejo's home and claims to be her grandson; he told CBP officers that he owns an interest in the lands. He claims |

| | that Genoveva is alive but there is an online obituary for Genoveva. |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, Texas 78582 | Tax Authority<br>Tax Account No. 42932<br>Tax Account No. 23179<br>Tax Account No. 623 |