# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acres:  1.821

**Being** a 1.821 acre (79,339 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 15-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being out of a called 5.288 acre tract conveyed to Genoveva Carlos Vallejo by General Warranty Deed recorded in Volume 1360, Page 400, Official Records of Starr County, Texas (Tract 2, Share 15-A), being out of a called 5.287 acre tract conveyed to Genoveva Carlos Vallejo by General Warranty Deed recorded in Volume 1360, Page 394, Official Records of Starr County, Texas (Tract 3, Share 15-A), and being out of a called 15.862 acre tract conveyed to Genoveva Carlos Vallejo by General Warranty Deed recorded in Volume 1360, Page 388, Official Records of Starr County, Texas (Tract 4, Share 15-A), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" rebar at the northeast corner of a called 31.85 acre tract conveyed to Baldemar Perez, Everardo N. Perez, Maria Paula P. Alvarez, Jose A. Perez, Pedro Perez, Jr., Carmen P. Morin, Ramiro Perez, Irma P. Alvarez, Hilda P. Ben and Roberto Perez by Affidavit to the Public recorded in Volume 769, Page 24, Official Records of Starr County, Texas, an easterly interior corner of Share 14, a westerly exterior corner of Share 15-A, the northwest corner of a called 5.287 acre tract conveyed to Maria E. Gonzalez Munoz by Warranty Deed recorded in Volume 1144, Page 15, Official Records of Starr County, Texas (Tract 1, Share 15-A), and a southerly corner of a called 9.07 acre tract conveyed to Gerardo Garza Lopez by General Warranty Deed recorded in Volume 1311, Page 249, Official Records of Starr County, Texas, said point having the coordinates of N=16664416.963, E=851299.423, said point bears S 75°43'53" E, a distance of 5040.09' from United States Army Corps of Engineers Control Point No. SS10-2019;

**Thence:** S 81°28'34" E (S 81°53'00" E, Record), with the north line of the 5.287 acre Maria E. Gonzalez Munoz tract and the south line of the 9.07 acre tract, for a distance of 78.91' to a point for the northeast corner of the 5.287 acre Maria E. Gonzalez Munoz tract and the northwest corner of the 5.288 acre tract, said point being in the south line of the 9.07 acre tract;

**Thence:** S 08°31'26" W (N 08°07'00" E, Record), departing the south line of the 9.07 acre tract, with the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E.

## SCHEDULE C (cont.)

Gonzalez Munoz tract, for a distance of 614.38' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:"RGV-RGC-5078-2=5079-1" for the **Point of Beginning** and northwest corner of Tract RGVRGC- 5079, said point being in the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, said point having the coordinates of N=16663797.671, E=851286.397;

**Thence:** S 70°08'04" E, departing the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, over and across the 5.288 acre tract, the 5.287 acre Genoveva Carlos Vallejo tract, and the 15.862 acre tract, passing at 80.06' the east line of the 5.288 acre tract and the west line of the 5.287 acre Genoveva Carlos Vallejo tract, passing at 160.13' the east line of the 5.287 acre Genoveva Carlos Vallejo tract and the west line of the 15.862 acre tract, continuing for a total distance of 397.88' to a calculated point for the northeast corner of Tract RGV-RGC-5079, said point being in the east line of the 15.862 acre tract and the west line of a called 6.0 acre tract conveyed to Canuto Perez,Beatriz Perez Garcia, Daniel Perez, Antonio Perez and Maria Perez Guerrero by Partition-Cause No. 3086 recorded in Volume 293, Page 347, Deed Records of Starr County, Texas (Tract 6, Share15-A), and being the same tract of land acquired by Azeneth Alvarez Alanis through inheritance as described in Affidavit of Facts Concerning Identity of Heirs recorded in Volume 1440, Page 126 and Volume 1440, Page 128, Official Records of Starr County, Texas;

**Thence:** S 09°05'54" W (S 08°07'00" W, Record), with the east line of the 15.862 acre tract and the west line of the 6.0 acre tract, for a distance of 203.45' to a calculated point for the southeast corner of Tract RGV-RGC-5079, said point being in the east line of the 15.862 acre tract and the west line of the 6.0 acre tract;

**Thence:** N 70°09'06" W, departing the west line of the 6.0 acre tract, over and across the 15.862acre tract, the 5.287 acre Genoveva Carlos Vallejo tract, and the 5.288 acre tract, passing at 235.66' the west line of the 15.862 acre tract and the east line of the 5.287 acre Genoveva Carlos Vallejo tract, passing at 315.72' the west line of the 5.287 acre Genoveva Carlos Vallejo tract and the east line of the 5.288 acre tract, continuing for a total distance of 395.78' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5078-3=5079-4" for the southwest corner of Tract RGV-RGC-5079, said point being in the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract;

**Thence:** N 08°31'26" E (N 08°07'00" E, Record), with the west line of the 5.288 acre tract and the east line of the 5.287 acre Maria E. Gonzalez Munoz tract, for a distance of 203.97' to the **Point of Beginning.**

# SCHEDULE D

# SCHEDULE D
## LAND TO BE CONDEMNED
## MAP or PLAT



## SCHEDULE D (cont.)

| LINE | BEARING | DISTANCE | REC–BEARING | REC–DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 75°43'53" E | 5040.09' | N/A | N/A |
| L2 | S 81°28'34" E | 78.91' | S 81°53'00" E | N/A |
| L3 | S 08°31'26" W | 614.38' | N 08°07'00" E | N/A |
| L4 | S 70°08'04" E | 397.88' | N/A | N/A |
| L5 | S 09°05'54" W | 203.45' | S 08°07'00" W | N/A |
| L6 | N 70°09'06" W | 395.78' | N/A | N/A |
| L7 | N 08°31'26" E | 203.97' | N 08°07'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16663797.671 | 851286.397 | RGV–RGC–5078–2≡5079–1 |
| 2 | 16663662.465 | 851660.604 | RGV–RGC–5079–2≡5092–4 |
| 3 | 16663461.576 | 851628.433 | RGV–RGC–5079–3≡5092–3 |
| 4 | 16663595.955 | 851256.164 | RGV–RGC–5078–3≡5079–4 |
| 5 | 16664416.963 | 851299.423 | POC RGV–RGC–5071 5078 5079 |



### LEGEND

| | |
|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP FOUND |
| ⊙ | FOUND MONUMENT |
| ○ | CALCULATED POINT |
| △ | CONTROL POINT |
| DRSC | DEED RECORDS OF STARR COUNTY |
| IPF | IRON PIPE FOUND |
| IRF | IRON ROD FOUND |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY |
| PG | PAGE |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| SF | STONE FOUND |
| VOL | VOLUME |

| | |
|---|---|
| ———— | ACQUISITION BOUNDARY |
| —·—··—··—·— | ADJOINING ACQUISITION BOUNDARY |
| ∿∿∿∿∿∿ | BRUSH/VEGETATION |
| —— P L —— | PROPERTY LINE |
| —x——x——x— | WIRE FENCE |
| (#) | SEE SHEET 5 |

### NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO BAF ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10018000
674 HARPER ROAD, SUITE 104 · KERRVILLE, TX 78028 · 830-816-1818

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHEET 4 OF 7 | **METES & BOUNDS SURVEY** | | | | | |  |
| | **GENOVEVA CARLOS VALLEJO** | | | | | | |
| Drawing Ref. No. | **TRACT No. RGV-RGC-5079** | | | | | | |
| | **STARR COUNTY** | **TEXAS** | | | | | |

| | Description | Date | Appr |
|---|---|---|---|
| 1 | Boundary revision | 7/16/20 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 199385-76-86 | |

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA81577987D001

TEXAS LICENSED SURVEYOR FIRM BAF ENGINEERING, INC. NO. 10153940

ENGINEERING, INC.
328 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2996
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-5079    DATE: 7/29/2020

## SCHEDULE D (cont.)

**(1a)**
GENOVEVA CARLOS VALLEJO
CALLED 5.288 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 400 ORSC
(TRACT 2, SHARE 15-A)

REMAINING AREA: 1.121 ACRES

**(1b)**
GENOVEVA CARLOS VALLEJO
CALLED 5.882 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 400 ORSC
(TRACT 2, SHARE 15-A)

REMAINING AREA: 3.802 ACRES

**(1c)**
GENOVEVA CARLOS VALLEJO
CALLED 5.287 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 394 ORSC
(TRACT 3, SHARE 15-A)

REMAINING AREA: 1.150 ACRES

**(1d)**
GENOVEVA CARLOS VALLEJO
CALLED 5.287 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 394 ORSC
(TRACT 3, SHARE 15-A)

REMAINING AREA: 3.776 ACRES

**(1e)**
GENOVEVA CARLOS VALLEJO
CALLED 15.882 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 388 ORSC
(TRACT 4, SHARE 15-A)

REMAINING AREA: 3.456 ACRES

**(1f)**
GENOVEVA CARLOS VALLEJO
CALLED 15.882 ACRES
GENERAL WARRANTY DEED
VOL. 1360, PG. 388 ORSC
(TRACT 4, SHARE 15-A)

REMAINING AREA: 10.482 ACRES

**(2)**
CALLED 13.727 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 16-A)

LIBRADA PEREZ MUNIZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 789, PG. 150 ORSC

JESUS BARRERA, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 924, PG. 83 ORSC

MARCOS MUNIZ, JR., ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1082, PG. 793 ORSC

JOSE LUIS PEREZ, ET AL
APPLICATION FOR LETTERS
OF ADMINISTRATION
(CAUSE No. PR-96-11)

ROGELIO PEREZ
DEED OF GIFT
VOL. 1142, PG. 629 ORSC

DAVY TREVINO
GENERAL WARRANTY
GIFT DEED
VOL. 1169, PG. 322 ORSC

ERNESTO BARRON, ET AL
DEED OF GIFT
VOL. 1182, PG. 162 ORSC

LIBRADO PEREZ
DEED OF GIFT
VOL. 1182, PG. 164 ORSC

MERLINDA P. HINOJOSA
DEED OF GIFT
VOL. 1182, PG. 166 ORSC

ISMAEL CASAS, JR.
CORRECTION DEED OF GIFT
VOL. 1231, PG. 333 ORSC

**(3)**
RAFAEL CASTRO JIMENEZ
CALLED 11.35 ACRES
GENERAL WARRANTY DEED
VOL. 1431, PG. 283 ORSC

**(7)**
CHRISTIAN ELI CHAPA
CALLED 5.0 ACRES
DEED OF GIFT
VOL. 1498, PG. 268 ORSC

**(11)**
MARIA TERESA FLORES
CALLED 5.47 ACRES
WARRANTY DEED
VOL. 497, PG. 34 ORSC
(SECOND TRACT)

**(14)**
MARIA E. GONZALEZ MUNOZ
CALLED 5.287 ACRES
WARRANTY DEED
VOL. 1144, PG. 15 ORSC
(TRACT 1, SHARE 15-A)

**(17)**
OWNER UNKNOWN
(NO DEED OF RECORD FOUND)

**(20)**
OWNER UNKNOWN
(NO DEED OF RECORD FOUND)

**(21)**
MARIA TERESA FLORES
CALLED 16.41 ACRES
WARRANTY DEED
VOL. 497, PG. 34 ORSC
(THIRD TRACT)

**(22)**
CANUTO PEREZ, ET AL
REMAINDER OF
CALLED 6.0 ACRES
PARTITION-CAUSE NO. 3086
VOL. 293, PG. 347 ORSC
(TRACT 6, SHARE 15-A)

AZENETH ALVAREZ ALANIS
AFFIDAVIT OF FACTS
CONCERNING IDENTITY OF HEIRS
VOL. 1440, PG. 126 ORSC
VOL. 1440, PG. 128 ORSC

**(4)**
PABLO MORENO, JR.
CALLED 11.381 ACRES
CASH DEED
VOL. 752, PG. 633 ORSC
(TRACT 2)

**(5)**
PABLO MORENO, JR.
CALLED 11.381 ACRES
CASH DEED
VOL. 752, PG. 633 ORSC
(TRACT 3)

**(8)**
MARIA Y HERNANDEZ
& ALFREDO VILLARREAL
CALLED 20.46 ACRES
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 1364, PG. 94 ORSC

**(9)**
FIDENCIO M. GUERRA, JR.,
ET AL
CALLED 9 ACRES
ABSTRACT OF JUDGEMENT
VOL. 1415, PG. 587 ORSC
(THIRD TRACT, SHARE 35-A)

ROBERTO MIGUEL GUERRA,
ET AL
VOL. 1478, PG. 308 ORSC
(CAUSE No. 2013-PC-2240)

**(12)**
JOSE ARNOLDO PEREZ, JR.
CALLED 1.0 ACRE
GENERAL WARRANTY DEED
VOL. 659, PG. 519 ORSC

**(13)**
GERARDO GARZA LOPEZ
CALLED 9.07 ACRES
GENERAL WARRANTY DEED
VOL. 1311, PG. 249 ORSC

**(15)**
BALDEMAR PEREZ,
EVERARDO N. PEREZ,
MARIA PAULA P. ALVAREZ,
JOSE A. PEREZ,
PEDRO PEREZ, JR.,
CARMEN P. MORIN,
RAMIRO PEREZ,
IRMA P. ALVAREZ,
HILDA P. BEN
& ROBERTO PEREZ
CALLED 31.85 ACRES
AFFIDAVIT TO THE PUBLIC
VOL. 769, PG. 24 ORSC

**(16)**
BESTY ANN GARZA
CALLED 1.15 ACRES
WARRANTY DEED
VOL. 1151, PG. 187 ORSC
(PROPERTY No. 1)

**(18)**
JOSE MARIA REYES, JR.
CALLED 3.41 ACRES
QUITCLAIM
VOL. 1269, PG. 518 ORSC

**(19)**
BLANCA E. ROSA LEAL,
ET VIR
CALLED 0.500 ACRES
WARRANTY DEED
VOL. 1415, PG. 609 ORSC

**(6)**
ALMA GLORIA ROSA GARCIA,
ET AL
REMAINDER OF
CALLED 22.744 ACRES
WARRANTY DEED
VOL. 579, PG. 373 ORSC
(SHARE 18)

ANA R. ROSA, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1415, PG. 619 ORSC

**(10)**
OWNER UNKNOWN
(NO DEED OF RECORD FOUND)



## LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616

**METES & BOUNDS SURVEY**
**GENOVEVA CARLOS VALLEJO**
**TRACT No. RGV-RGC-5079**
**STARR COUNTY**                    **TEXAS**

Drawing Ref. No. | SHEET 5 OF 7

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Boundary revision | 1/28/20 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 199586-16-88 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMAS17778670001

TEXAS BOARD SURVEYING FIRM
188° ENGINEERING, INC.
NO. 10163342



ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D (cont.)



**SCHEDULE D (cont.)**



Tract:  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acreage:  1.821

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract(s):  RGV-RGC-5079
Owner:  Genoveva Carlos Vallejo, et al.
Acres:  1.821

      The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

      Reserving to the owners of property identified in conveyances recorded with Official Records of Starr County, Texas, volume 88 and page 470, volume 1360 and page 400, volume 1360 and page 394, and volume 1360 and page 388, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the western most mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (cont.)



# SCHEDULE F

## **<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is TEN THOUSAND SIX HUNDRED SEVENTY FIVE DOLLARS AND NO/100 ($10,675.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **The Unknown Heirs and/or Devisees of Genoveva Carlos Vallejo** <br> Address Unknown | **RGV-RGC-5079** <br> **Deed** <br> Volume 1360, Page 400 <br> Deed Records of Starr County, Texas <br> Recorded October 9, 2012 <br> **General Warranty Deed** <br> Volume 1360, Page 394 <br> Deed Records of Starr County, Texas <br> Recorded October 9, 2012 <br> **Deed** <br> Volume 1360, Page 388 <br> Deed Records of Starr County, Texas <br> Recorded October 9, 21012 |
| **The Unknown Heirs and/or Devisees of Cornelio Alvarez** <br> Address unknown | **Partition** <br> Volume 88, Page 470 <br> Deed Records of Starr County, Texas <br> Recorded on April 7, 1946 |
| **The Unknown Heirs and/or Devisees of Anita Perez de Alvarez** <br> Address Unknown | **Partition** <br> Volume 88, Page 470 <br> Deed Records of Starr County, Texas <br> Recorded on April 7, 1946 |
| **Guadalupe Montemayor** <br><br> Roma, Texas  78584 | **None** <br> Ms. Montemayor lives in Genoveva Vallejo's home and claims to be her daughter. She claims that Genoveva is alive but there is an obituary online for Genoveva. |
| **Juan Eloy Montemayor** <br><br> Roma, Texas 78584 | **None** <br> Mr. Montemayor lives in Genoveva Vallejo's home and claims to be her grandson; he told CBP officers that he owns an interest in the lands. He claims |

| | that Genoveva is alive but there is an online obituary for Genoveva. |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, Texas 78582 | Tax Authority<br>Tax Account No. 42932<br>Tax Account No. 23179<br>Tax Account No. 623 |