## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | CASE NUMBER: 7:21-cv-00018 |
| **1.821 ACRES OF LAND, MORE OR LESS** | * | |

## NOTICE OF APPEARANCE

COMES NOW, Fabian Guerrero, and files this Notice of Appearance for MARIA ALEJANDRA DOMINGUEZ and heir of the estate of GENOVEVA CARLOS VALLEJO. The undersigned requests that an entry of appearance on behalf of party of interest with the pertinent contact information herein provided be entered.

WHEREFORE MARIA ALEJANDRA DOMINGUEZ prays that the Law Office of Fabian Guerrero be entered as her attorney of record.

Respectfully submitted,

    */s/***Fabian Guerrero**
Fabian Guerrero
State of Texas Bar Number: 00795397
***LAW OFFICE OF FABIAN GUERRERO***
3900 West Expressway 83
McAllen, Texas 78501
Telephone: (956) 627-4878
Facsimile: (956) 322-8213
fabianlaw@sbcglobal.net
fabianlaw96@gmail.com
**ATTORNEY FOR**
**MARIA ALEJANDRA**
**DOMINGUEZ**